IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MICHAEL TODD MAYER,

Plaintiff,

vs.

FREMONT NEBRASKA CITY GOVT, and FREMONT PD,

Defendants.

**8:26CV301**

**MEMORANDUM AND ORDER**

This matter is before the Court on its own motion. On September 30, 2026, the Clerk of the Court sent an order to Plaintiff at his last known address and it was returned to this Court as undeliverable. *See* Filing No. 7. Plaintiff has an obligation to keep the Court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days). This case cannot be prosecuted in this Court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Plaintiff must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **November 30, 2026**: check for address.

Dated this 27th day of October, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge